M MAR 9 2026 AM 10:47
FILED - USDC - NDTX - AM

Hernandez, Kenneth # 1084455
Texas Department of Criminal Justice
39th Clements Unit
9601 Spur 591
Amarillo, Texas 79107

2:26-CV-048-Z-BR

Cause No. D-1-DC-09-500100D
1107
Travis County, Texas

Date: 3/4/2026

RE: Proceed to file 2254

Clerk,
    Good morning, I am requesting to proceed my Post-Conviction, state writ entered on the date 06/18/2024
    I am challenging the validity of a state-court judgment Will proceed upon a new rule of constitutional law that applies, retroactively. I have exhausted alternative remedies.

Would you GRANT, this approval to proceed to the next-stage "Federal Courts" Please, send all-required documents, and I am indigent - state prisoner.

Respectfully Submitted.

pro-se



1684655 Hernandez, Kenneth
Texas Department of Criminal Justice
B.M. Clements Unit
9601 Spur 591
Amarillo, Texas 79107

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

AMARILLO TX 791

5 MAR 2026 PM 1 L

UNITED STATES
OF AMERICA
FOREVER/USA

RECEIVED

MAR - 9 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court for the Northern Dist of Texas
Amarillo, Division
205 East 5th St, Room 133
Amarillo, Texas 79101

79101181559 0000